UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL AVILA CRUZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

Case No. 1:26-cv-4749-DJC-JDP

ORDER

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 9, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 13. Respondent has filed objections to the findings and recommendations, ECF No. 14, and they have been considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2026, ECF No. 13, are ADOPTED in full;
2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. Within fourteen days of this order, (or longer if mutually agreed to by the parties) Petitioner (A-Number: 233-948-949) shall be provided a constitutionally sufficient bond hearing before a neutral adjudicator. Within 24 hours of the filing of the Court's order, Respondent shall personally serve Petitioner with the Court's order and file proof of such service on the docket. At this hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have counsel present;
4. Respondent's motion to dismiss, ECF No. 10, is DENIED; and
5. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **November 9, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE